# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**,

    **Plaintiff,**

       v.                            CRIMINAL NO. 16-CR-0000341(PAD)

**ANGEL J. RODRIGUEZ-LOPEZ   [1]**
    **Defendant**.

## ORDER

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Camille Velez-Rive regarding the Rule 11 proceeding of defendant, Angel J. Rodriguez-Lopez (Docket No. 35), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to Count One (1) of the Indictment.

The court notes that a Presentence Investigation Report was ordered (Docket No. 34).

**Sentencing Memorandum is due by June 13, 2017.**

**Sentencing Hearing is set for June 23, 2017 at 9:30 AM in Courtroom 3 before Judge Pedro A. Delgado-Hernandez.**

    **SO ORDERED.**

In San Juan, Puerto Rico, this 1st of March, 2017.

                                               s/Pedro A. Delgado-Hernández
                                               PEDRO A. DELGADO HERNANDEZ
                                               United States District Judge